IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JACKSON INGALLS,

        Plaintiff,

v.                                  Case No. 6:23-CV-1260-JWB

LELAND DUDEK,
Acting Commissioner of Social Security,

        Defendant.

## ORDER GRANTING ATTORNEY FEES TO PLAINTIFF PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

The Court previously remanded this case for further administrative proceedings under 42 U.S.C. § 405(g).  After reviewing the file and being advised by the parties that they have now agreed to an attorney fee award under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this Social Security appeal, the Court **grants** the Unopposed Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act (Doc. 18) and finds that reimbursement should be made for attorney fees in the amount of **$3,000**.

In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA attorney fee is payable to the Plaintiff as the litigant and may be subject to offset to satisfy any pre-existing debt the litigant may owe to the United States.  In addition, if Plaintiff's counsel ultimately receives an award of attorney fees pursuant to 42 U.S.C. § 406(b), he must refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

IT IS THEREFORE ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney fees under the EAJA in the amount of **$3,000.**  The check for attorney fees should be made payable to Plaintiff and mailed to Plaintiff's attorney address.

IT IS SO ORDERED.

DATED this 31st day of March, 2025.


/s/ Judge John W. Broomes
JOHN W. BROOMES
UNITED STATES DISTRICT JUDGE